FILED

SEP 1 0 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Z'CORE HESTER-HENDERSON,<br>    Defendant. | 4:20CR00519 SEP/SPM |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 27, 2020, in Saint Louis County, Missouri, within the Eastern District of Missouri,

**Z'CORE HESTER-HENDERSON,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(l), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2

On or about April 27, 2020, in Saint Louis County, Missouri, within the Eastern District of Missouri,

**Z'CORE HESTER-HENDERSON,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, a Schedule I controlled substance, as charged in Count 1, in violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section

1

924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in Count 1, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Count 1.

3. If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**A TRUE BILL**

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DEREK J. WISEMAN, #67257MO
Assistant United States Attorney